IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH RIAD et al., *Plaintiffs,* | CIVIL ACTION |
| v. | No. 19-4292 |
| WELLS FARGO BANK, N.A., *Defendant.* | |

## ORDER

AND NOW, this 4TH day of **December 2019**, upon consideration of Defendant's Motion to Compel Arbitration and Stay Plaintiffs' Unauthorized Account Claims and Motion to Dismiss Plaintiffs' Wire Transfer and Cashier Checks Claims, ECF No. 8, it is hereby **ORDERED** and **DECREED** Defendant's Motion to Compel Arbitration and Stay Plaintiffs' Unauthorized Account Claims and Motion to Dismiss Plaintiffs' Wire Transfer and Cashier Checks Claims, ECF No. 8, is hereby **DENIED**. Defendant's Motion to Compel Arbitration and Stay Plaintiffs' Unauthorized Account Claims is denied without prejudice to refile should discovery show that the accounts about which Plaintiffs complain were authorized. **Defendant must file an answer to the Complaint on or before Thursday, December 19, 2019.**

BY THE COURT:

_____
CHAD F. KENNEY, JUDGE

1