# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH RIAD et al.,** *Plaintiffs,* | : : : | CIVIL ACTION |
| v. | : : | No. 19-4292 |
| **WELLS FARGO BANK, N.A.,** *Defendant.* | : : : | |

## ORDER

AND NOW, this 2ND day of **January 2020**, upon consideration of Defendant's Motion for Reconsideration and/or Clarification of the Court's Order of December 4, 2019 (ECF No. 13), Plaintiffs' response (ECF No. 18), and Defendant's reply (ECF No. 19), it is hereby **ORDERED** and **DECREED** Defendant's Motion for Reconsideration and/or Clarification of the Court's Order of December 4, 2019 (ECF No. 13) is hereby **GRANTED in part DENIED in part**.

Defendant's Motion for Reconsideration and/or Clarification of the Court's Order of December 4, 2019 is **granted** insofar as the Court has reconsidered Defendant's Motion to Compel Arbitration and Stay Plaintiffs' Unauthorized Account Claims (ECF No. 8) based on the parties' briefs, however, this Court **denies** Defendant's request that all causes of action asserted by Plaintiffs in

1

connection with Plaintiffs' Wire Transfers Claims and Cashier Checks Claims be dismissed.

Per the Court's December 19, 2019 order, ECF No. 16, **Defendant must file an answer to the Complaint on or before Tuesday, January 7, 2020.**

BY THE COURT:

_____
**CHAD F. KENNEY, JUDGE**